# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:21−cv−10583−NMG

Masters v Cracker Barrel Old Country Store Inc et al
Assigned to: Judge Nathaniel M. Gorton
Demand: $4,650,000
Cause: 28:1332 Diversity−Product Liability

Date Filed: 04/08/2021
Date Terminated: 06/07/2021
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Rita Masters**                                      represented by    **Timothy H. Barnes**
                                                                        Honing & Barnes, LLP
                                                                        7 Kenoza Ave.
                                                                        Haverhill, MA 01830
                                                                        978−374−4420
                                                                        Fax: 978−374−5700
                                                                        Email: tbarnes@honigbarnes.com
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Masters**                                   represented by    **Timothy H. Barnes**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cracker Barrel Old Country Store Inc**             represented by    **Monika Zarski**
                                                                        Morrison Mahoney LLP
                                                                        250 Summer Street
                                                                        Boston, MA 02210
                                                                        617−439−7502
                                                                        Email: mzarski@morrisonmahoney.com
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Sean J. Milano**
                                                                        Morrison Mahoney LLP
                                                                        250 Summer Street
                                                                        Boston, MA 02210
                                                                        617−737−8807
                                                                        Fax: 617−342−4938
                                                                        Email: smilano@morrisonmahoney.com
                                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Rose Acre Farms Inc**                              represented by

**Tyler A. Young**
Faegre Drinker Biddle & Reath LLP
Suite 2200
90 South Seventh Street
Minneapolis, MN 55402
612–766–8610
Email: tyler.young@faegredrinker.com
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2021 | Ï 1 | COMPLAINT against Cracker Barrel Old Country Store Inc, Rose Acre Farms Inc Filing fee: $ 402, receipt number 0101–8718020 (Fee Status: Filing Fee paid), filed by Rita Masters. (Attachments: # 1 Civil Cover Sheet)(Barnes, Timothy) (Entered: 04/08/2021) |
| 04/08/2021 | Ï 2 | ELECTRONIC NOTICE TO COUNSEL: Counsel shall complete and file in PDF format a Local Category Form. The form can be found on the court's website under Resources/Forms. Counsel will use the event under Other Documents– Civil Cover Sheet & Category Sheet. (McDonagh, Christina) (Entered: 04/08/2021) |
| 04/08/2021 | Ï 3 | ELECTRONIC NOTICE of Case Assignment. Judge Nathaniel M. Gorton assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Judith G. Dein. (Finn, Mary) (Entered: 04/08/2021) |
| 04/08/2021 | Ï 4 | Summons Issued as to Cracker Barrel Old Country Store Inc, Rose Acre Farms Inc. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (McDonagh, Christina) (Entered: 04/08/2021) |
| 05/14/2021 | Ï 5 | MOTION to Dismiss by Cracker Barrel Old Country Store Inc. (Attachments: # 1 Memorandum, # 2 Exhibit, # 3 Certification)(Zarski, Monika) (Entered: 05/14/2021) |
| 05/14/2021 | Ï 6 | NOTICE of Appearance by Sean J. Milano on behalf of Cracker Barrel Old Country Store Inc (Milano, Sean) (Entered: 05/14/2021) |
| 05/17/2021 | Ï 7 | NOTICE of Appearance by Tyler A. Young on behalf of Rose Acre Farms Inc (Young, Tyler) (Entered: 05/17/2021) |
| 05/17/2021 | Ï 8 | CORPORATE DISCLOSURE STATEMENT by Rose Acre Farms Inc. (Young, Tyler) (Entered: 05/17/2021) |
| 05/17/2021 | Ï 9 | MOTION to Dismiss for Lack of Jurisdiction *and for Transfer of Venue in the Alternative* by Rose Acre Farms Inc.(Young, Tyler) (Entered: 05/17/2021) |
| 05/17/2021 | Ï 10 | MEMORANDUM in Support re 9 MOTION to Dismiss for Lack of Jurisdiction *and for Transfer of Venue in the Alternative* filed by Rose Acre Farms Inc. (Young, Tyler) (Entered: 05/17/2021) |
| 05/17/2021 | Ï 11 | AFFIDAVIT in Support re 9 MOTION to Dismiss for Lack of Jurisdiction *and for Transfer of Venue in the Alternative* filed by Rose Acre Farms Inc. (Young, Tyler) |

| | | |
|---|---|---|
| | | (Entered: 05/17/2021) |
| 05/19/2021 | Ï 12 | CORPORATE DISCLOSURE STATEMENT by Cracker Barrel Old Country Store Inc. (Zarski, Monika) (Entered: 05/19/2021) |
| 06/04/2021 | Ï 13 | STIPULATION *To Transfer Venue Pursuant to 28U.S.C. Sec. 1404(a)* by Rita Masters. (Barnes, Timothy) (Entered: 06/04/2021) |
| 06/07/2021 | Ï 14 | Judge Nathaniel M. Gorton: ORDER entered: Order to Transfer Venue re 13 Stipulation filed by Rita Masters. (Vieira, Leonardo) (Entered: 06/07/2021) |
| 06/07/2021 | Ï 15 | Case Electronically transferred to District of Eastern District of North Carolina. Original file certified copy of transfer order and docket sheet sent to Clerk in that district. (Vieira, Leonardo) (Entered: 06/07/2021) |